No. 92–1974. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA v. HELFAND ET UX. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–1975. CANNON ET UX. v. LEFLEUR ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1976. ORTIZ v. DIETER ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1977. FISCH ET AL. v. RANDALL MILL CORP. Sup. Ct. Ga. Certiorari denied.

No. 92–1978. RESERVE NATIONAL INSURANCE CO. v. CROWELL ET UX. Sup. Ct. Ala. Certiorari denied.

No. 92–1979. KING v. COLLAGEN CORP. C. A. 1st Cir. Certiorari denied.

No. 92–1980. OHIO v. RODRIGUEZ. Sup. Ct. Ohio. Certiorari denied.

No. 92–1981. WIENER, DBA CHUCK'S BOOKSTORE, ET AL. v. CITY OF NATIONAL CITY, CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–1983. STEIRER ET AL. v. BETHLEHEM AREA SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1984. PENNSYLVANIA FEDERATION OF THE BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 3d Cir. Certiorari denied.

No. 92–1985. HERRERA-MERAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1986. FILMTEC CORP. v. HYDRANAUTICS. C. A. Fed. Cir. Certiorari denied.

No. 92–1989. STAMPS v. COLLAGEN CORP. C. A. 5th Cir. Certiorari denied.